### JONES v. STATE.
No. 17705.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

J. A. Johnson, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for transportation of whisky; punishment being one year in the penitentiary.

Pending appeal, the law (Pen.Code 1925, art. 666 et seq., as amended) under which conviction was had has been repealed. See Acts 44th Leg. 2d Called Sess. § 49, article 1, Liquor Control Act (Vernon's Ann.P.C. art. 666—49), and Guy Meadows v. State

(Tex.Cr.App.) 88 S.W.(2d) 481, opinion this date.

The judgment is reversed and prosecution ordered dismissed.